610 F.2d 383
 80-1 USTC P 13,333
 Mouryce PRICE, Delmas Price and Bobbye Price Fancher, Sole
Surviving Heirs of the Estate of Tom Price,
Deceased, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 79-2458
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 21, 1980.
 Alan L. Murray, Dallas, Tex., for plaintiffs-appellants.
 M. Carr Ferguson, Asst. Atty. Gen., Dept. of Justice, Tax Division, Gilbert E. Andrews, Chief, Appellate Sec., Washington, D. C., Kenneth J. Mighell, U. S. Atty., Fort Worth, Tex., Martha Joe Stroud, Asst. U. S. Atty., Dallas, Tex., Jonathan S. Cohen, R. Russell Mather, Attys., Tax Division, U. S. Dept. of Justice, Washington, D. C., for defendant-appellee.
 Appeal from the United States District Court for the Northern District of Texas.
 Before AINSWORTH, FAY and RANDALL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the district court opinion reported at 470 F.Supp. 136 (N.D.Tex.1979).
 
 
 2
 AFFIRMED.
 
 
 
 *
 Fed.R.App.P. 34(a); 5th Cir.R. 18